IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| HARBORVIEW MARINA, LLC, | * | |
| | | Civil Action No. |
| v. | * | |
| | | |
| M/V KOKOMO | * | IN ADMIRALTY |
| her engines, freights, tackle | | |
| and apparel. | * | |
| | | |
| Defendant in rem. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER TO ISSUE WARRANT OF ARREST

Upon reading the verified Complaint for issue of a warrant of arrest and good cause appearing therefor, it is by this Court:

**ORDERED** that the Clerk issue a warrant of arrest as prayed for in the Complaint, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property arrested may, upon a showing of any improper practice or a manifest want of equity on the part of the plaintiff, be entitled to an order requiring plaintiff to show cause forthwith why the arrest shall not be vacated; and it is further

**ORDERED** that a copy of this order be attached and served with the said warrant of arrest.

**SO ORDERED** February 22, 2002.

_____
United States District Judge