IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HARBORVIEW MARINA, LLC, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-02-572 |
| M/V KOKOMO, her engines, freights, tackle and apparel, | * | |
| Defendant in rem | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER

The above-captioned case was filed on February 21, 2002. On February 22, 2002, a warrant of arrest in action in rem was issued by the Court. To date, there has been no further activity in this case. Therefore, it is this __24th__ day of __April__, 2002,

ORDERED:

1. That the plaintiff file a status report within __14__ days from the date of this Order; and

2. That the Clerk mail or transmit copies of the Order to counsel of record.

_____
William M. Nickerson
United States District Judge