IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

HARBORVIEW MARINA, LLC,

v.                                                    Civil Action No. WMN-02-572

M/V KOKOMO
her engines, freights, tackle
and apparel,                                          IN ADMIRALTY

Defendant in rem.

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41, satisfactory settlement having been reached, plaintiff hereby notes the dismissal of this action, without prejudice.

Dated: June 6, 2002.

_____
J. Stephen Simms (#4269)
W. Charles Bailey, Jr. (#23580)
Greber & Simms
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
(410) 783-5795

Harborview Counsel

" _APPROVED_ " THIS 7th DAY
OF _June_, 20 02
_____
UNITED STATES DISTRICT JUDGE